UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL RICE,

    Petitioner,

  v.

WARDEN CRANSTON,

    Respondent.

Civil Action No.: 15-2219 (MAS)

**MEMORANDUM AND ORDER**

  This matter having come before the Court on Petitioner's submission of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), and it appearing that:

  1. Petitioner is a pre-trial detainee challenging his pre-trial detention by the state of New Jersey. He filed this habeas petition on March 25, 2015.

  2. Petitioner neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor submitted a complete application to proceed *in forma pauperis* that contains a certification by an authorized official at his place of confinement certifying Petitioner's institutional account for the preceding six months, as required under L.Civ.R. 81.2(b).

  3. Furthermore, the Petition was not signed by the Petitioner, as required by L.Civ.R. 81.2(a).

  **IT IS** therefore on this 31st day of March, 2015,

  **ORDERED** that the Clerk of the Court shall administratively terminate this case for Petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; it is further

1

**ORDERED** that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed *In Forma Pauperis* in a Habeas Corpus Case (DNJ-PRO-SE-007-B.pdf), for use by a prisoner; it is further

**ORDERED** that, if Petitioner wishes to reopen this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey 08608; Petitioner's writing shall include a complete, signed petition as required by L.Civ.R. 81.2(a) and either: (1) a complete *in forma pauperis* application, including a certification of Petitioner's institutional account, as required by Local Civil Rule 81.2(b); or (2) the $5 filing fee; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail, and close this case accordingly.

_____
Michael A. Shipp
United States District Judge